## THE CITY OF CRAWFORDSVILLE v. LOCKHART ET AL.

MECHANIC'S LIEN.—*Material Man.*—*Pleading.*—A complaint to enforce a mechanic's lien, for materials used in the construction of a building, must allege that such materials were furnished specially for that building.

Fom the Montgomery Circuit Court.

*M. W. Bruner* and *T. H. Ristine*, for appellant.

PERKINS, J.—Suit to enforce a mechanic's lien.

A demurrer was overruled to the complaint.

The plaintiff recovered below.

The complaint was fatally defective. It did not show that the lumber, for which the lien was claimed, was furnished for the building on which the lien was sought to be enforced.

There were other errors in the case, but the one named is fatal. *The City of Crawfordsville* v. *Brundage*, 57 Ind. 262.

The judgment is reversed, with costs, and the cause remanded, etc.